# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

20-16087

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. 9275246 (Class A) |
| v. | |
| MARKICE T. LINCOLN | Offense on a Federal Reservation |

BEFORE the **Honorable Anthony R. Mautone**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Capt Jacqueline M. Morley**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **14th day of July 2020**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**MARKICE T. LINCOLN** did commit:

Simple Possession of CDS (Marijuana) in violation of 21 USC 844.

The name of the Complainant is **Capt Jacqueline M. Morley**.

_____
JACQUELINE M. MORLEY, Capt, USAF
Special Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 17TH DAY OF SEPTEMBER 2020.

_____
HONORABLE ANTHONY R. MAUTONE
United States Magistrate Judge

9/17/20  NK 11/5/20