UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16087 |
| V. | : | CRIMINAL ACTION |
| Markice T. Lincoln | : | ORDER OF RELEASE |

The Court orders the defendant, Markice T. Lincoln, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other:

/s/ Markice T. Lincoln                              09/17/2020

DEFENDANT                                              DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_Anthony R. Mautone_ (signature)

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

9/17/2020
DATE